Court of Criminal Appeals
201 W 14th St,
Austin, TX 78701

Paul Bailey #01833504
James Lynaugh Unit
1098 South Highway 2037
Fort Stockton, TX 79735

DATE: Nov. 11 2015
FILE IN WRIT FILE
BY: MB

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

11/4/15

Re: WR-80,640-02

**I am writing to provide a copy of the Forensic Document Expert's Report that verified that State's Exhibit 7 used by the Collin County District Attorney, Greg Willis, was in fact a forgery. Please ensure that this letter and the accompanying documents are entered into the court record.**

**Not only was the audio on the tape "criminally altered" (as covered more than adequately in the Writ of Habeas with all expert reports attached (that should NOT have been ruled on by the Court of Appeals because of the incomplete record at the trial court)- but 2 pieces of key evidence used in my prosecution were FORGED. If the case was strong enough, why tamper with audio and forge signatures?**

**Once again,** Regarding the incomplete record, the following issues that must be dealt with at the trial court level in accordance with Holmes v South Carolina:

1) Objection to Attorney Affidavits (I have emails showing they lied in their affidavits, thus committing a fraud on the court)

2) Motion to Vacate Void/Default Judgment(s)

Once again, the Trial Court must also deal with these issues:

1) Officer Scott Greer has been Dishonorably Discharged and banned from testimony in Denton and Collin Counties.

2) Audio was tampered with as verified by no less than 5 experts and the erased section from the lapel mic was retrieved from the car audio was performed and verified by 2 experts.

3) State's Exhibit 7 was verified as a forgery of Deceased Detective Debra Stansell's signature by a Forensic Document Examiner.

4) Current news regarding the Attorney General Paxton indictment raised issues that the Collin County District Attorney Greg Willis has denied documents meant for the Grand Jury. Has this been an ongoing issue? And what internal controls are in existence to ensure defendant's documents make it to the Grand Jury?

Such a denial sets forth an act that deliberately violates defendant's due process, neglecting the relevant issues entirely. A complete court record is not discretionary and cannot be dismissed in any manner as clearly stated in Supreme Court's ruling Holmes v South Carolina. In addition, my right to confront my accusers in a courtroom is also not discretionary according to the Constitution.

**I declare under penalty of perjury that the foregoing is true and correct.**

Respectfully Submitted

**PAUL CLARENCE BAILEY, Pro Se**
TDCJ #1833504
James Lynaugh Unit
1098 South Highway 2037
Fort Stockton, TX 79735

By: _____
        Paul Clarence Bailey, Pro Se

Date ___11/4/15___

## CERTIFICATE OF SERVICE

I certify that a correct copy of this document has been forwarded to _____Counsel _____, in accordance with Federal Rules of Civil Procedure on this ____day of _____, 2015 as follows.

*Via U.S.P.S Certified Delivery*

**Court of Criminal Appeals**
**P.O. Box 12308**
**Austin, Texas 78711**

**Collin County District Attorney Greg Willis**
**2100 Bloomdale Rd Suite 100**
**McKinney, TX 75071**

# *Handwriting Expert, LLC*
## *Curt Baggett*
Expert Document Examiner
908 Audelia Road, Suite 200-245
Richardson, Texas 75081
Phone: 972.644.0285
Fax: 972.644.5233
*cbhandwriting@gmail.com*
*www.ExpertDocumentExaminer.com*

### Questioned Document Examiner Letter

Subject: **Debra Stansell**
Date: October 24, 2015

I have examined three (3) documents with the known signatures of Debra Stansell. For the purpose of this examination I have labeled these exhibits 'K1' through 'K3'.

Today I have compared the signatures of Debra Stansell on the 'K' documents to the Debra Stansell signatures on the questioned documents, identified herein as 'Q1' and 'Q2' to determine if the author of the Debra Stansell signatures on the 'K' documents was the same person who authored the name of Debra Stansell on the questioned documents. Signature on page 3 of an Affidavit dated March 30, 2010 and A Return and Inventory Form dated June 29, 2009; and purportedly signed by Debra Stansell.

An examination of handwriting includes establishing patterns of writing habits to help identify the author. Handwriting is formed by repeated habits of writing by the author, which are created by neuro-pathways established in the brain. These neuro-pathways control muscular and nerve movement for writing, whether the writing done is by the hand, foot or mouth.

In support of my opinion, I have included an excerpt from *Handwriting Identification, Facts and Fundamentals* by Roy A. Huber and A.M. Headrick (CRC Press LLC, 1999, pp 50-51) wherein the leading forefathers of document examination in the USA agree that one significant difference in the fundamental structure of a writing compared to another is enough to preclude common authorship:

> [Ordway] Hilton stated: "It is basic axiom of identification in document problems that a limited number of basic differences, even in the face of numerous strong similarities, are controlling and accurately establish nonidentity."

> [Wilson R.] Harrison made similar comments: "...the fundamental rule which admits of no exception when handwritings are being compared...is simple – whatever features two specimens of handwriting may have in common, they cannot be considered to be of common authorship if they display but a single consistent dissimilarity in any feature which is fundamental to the structure of the handwriting, and whose presence is not capable of reasonable explanation."

[James V.P.] Conway expressed the same theme when he wrote: "A series of fundamental agreements in identifying individualities is requisite to the conclusion that two writings were authored by the same person, whereas a single fundamental difference in an identifying individuality between two writings precludes the conclusion that they were executed by the same person."

and finally,

[Albert S.] Osborn and others have generally agreed that despite numerous similarities in two sets of writings, a conclusion of identify cannot be made if there is one or more differences in fundamental features of the writings.

Based upon thorough analysis of these items, and from an application of accepted forensic document examination tools, principles and techniques, it is my professional expert opinion that a different person authored the name of Debra Stansell on the questioned documents. Someone did indeed forge the signatures of Debra Stansell on the questioned documents, 'Q1' and 'Q2'.

I am willing to testify to this fact in a court of law and I will provide exhibits to the Court showing that I had sufficient data and that my opinion is correct. My Curriculum Vitae is attached and incorporated herein by reference.

Respectfully submitted,

_Curt Baggett_
Curt Baggett

The above Letter of Opinion was sworn and subscribed before me by Curt Baggett this 24 day of _October_, 2015.

State of Texas

§
§
§
§

County of Dallas

_Jessica Blackburn_
Notary Public – State of Texas

this area, Detective Yates observed a piece of wood just below the television and above the mantle area that was secured by phillips head screws. This wood had four screws securing it, but at one time had six screws securing it due to two screw holes, one in each corner that were missing screws. Detective Yates remembered earlier seeing a phillips screwdriver on the kitchen bar area, so he returned to that area. Detective Yates did not observe any other tools, which he found to be strange. Detective Yates returned to the fireplace area and used the screwdriver to remove the four screws. Detective Yates removed this piece of wood and observed a blue/black pistol concealed in a hollow space below the television, and the pistols hammer was in the cocked (single action) position. Detective Yates notified Crime Scene Supervisor J Walker of the firearm. She responded to his location, took photographs, secured, and packaged the weapon. The firearm was located at approximately 1315 hrs.

The firearm was sent to the Texas Department of Public Safety lab to have them examine surfaces of the firearm to include grip and trigger areas for biological evidence, and DNA analysis was requested to develop a profile for comparison with the suspect. The lab then requested a known specimen from the suspect, Paul Bailey. Paul Bailey was contacted and asked to provide a specimen of saliva, a buccal swab, in which he declined.

Affiant respectfully request an Evidentary warrant for DNA be issued to allow a buccal swab saliva specimen, of Paul Bailey to be collected. The specimen will then be sent to the Texas Department of Public Saftey lab for comparisson. This lab may be outside of Collin County, and Affiant requests the specimen (evidence) be sent to a location necessary for comparison.

### 

Wherefore, affiant asks for issuance of a search warrant that will authorize him to take temporary custody of said suspected party for purposes execution of the warrant; to search the person of the suspected party for the property described herein and seize same as evidence that the offense described herein was committed and that the suspected party committed the offense; and to return and release suspected party to the place of pre-detention.

Further, affiant asks for issuance of an order to appropriate third parties directing same to assist affiant in the execution of said warrant.

_____
Affiant

SWORN TO AND SUBSCRIBED BEFORE M BY SAID AFFIANT ON THIS THE
_30_ DAY OF _Mar_ 20_12_

_____
MAGISTRATE COLLIN COUNTY, TEXAS

2/-7-12

QDE EXHIBIT
Q1

## RETURN AND INVENTORY

**THE STATE OF TEXAS** §    6515 Winston Drive

**COUNTY OF COLLIN** §    Frisco, Texas 75034

The undersigned Affiant, being a Peace Officer under the laws of the State of Texas, and being fully sworn, on oath, certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the 29 day of June 2009, by making the seizure as directed therein and seizing during such search the following described property:

Outter layer sheetrock

Inner particle board layer

Cartridge casing

Nandrolona 300 (3 bottles)

Cypionato 200 (1 bottle)

Dianabolona 50 (1 bottle)

44 caliber FILIPIETTA Black Powder gun S/N 559849

1 MI-UZI EAGLE gun-9mm SIN 96313823 w/ magazine, 1 live round

_____ 3210
**AFFIANT**

SUBSCRIBED AND SWORN to before me, the undersigned authority, on this the 29 day of June, 2009.

TRACI LEE CAGLE
Notary Public, State of Texas
My Commission Expires
June 06, 2012

_____
**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

QDE EXHIBIT
Q2



with alcohol and a loaded pistol. Rick Bailey advised that Paul Bailey usually kept his pistol in his desk drawer, but has been known to carry the gun on his person. Rick Bailey advised that Paul Bailey is the sole occupant at the residence at this time. Rick Bailey also advised that Paul Bailey has threatened to hurt himself in the past. Rick Bailey requested a welfare check of his father, Paul Bailey. Frisco Police Officers R. Moore and S. Greer responded to the location. Both officers are Peace Officers under the laws of Texas, and both Officers were in full Frisco Police uniforms, to include a badge. Officer S. Greer approached the front door of the dwelling and knocked. Officer S. Greer could see Paul Bailey sitting in another room on the lower level of the dwelling. After no response by knocking, Officer S. Greer rang the doorbell. After approximately 4 to 5 seconds, Paul Bailey got up and walked towards the front door. Officer S. Greer could see Paul Bailey the entire time. Paul Bailey walked approximately 4 to 5 feet, raised a black handgun, pointed it at the front door, and fired the gun. At this time, both Officers fled the location. Frisco Dispatch, who were in contact with Rick Bailey, advised that Rick sent a text message via cell phone to Paul Bailey stating that the Police were out front, and that they wanted to help Paul Bailey. Paul Bailey then called Frisco Police from his landline stating that someone was at the front door. Paul Bailey also advised that he did not have any weapons. Paul Bailey was advised to have nothing in his hands and to turn on all the lights inside the home and come out through the front door. Paul Bailey advised that he had no reason to step outside, and that he was fine. Paul Bailey disconnected the phone line. Paul Bailey did not do any of what was asked of him by dispatch.

At approximately 2351 hrs, Officers advised that they could see Paul Bailey through a back window, and he was watching TV and drinking beer. There are no other occupants inside the residence. Paul Bailey was described as a white male, approximately 50 years of age, approximately 240 pounds, wearing a blue Rangers hat, a white long sleeve button down shirt, faded jeans, and no shoes. Officers advised that Paul Bailey would get up every once in awhile and look out the windows. Paul Bailey then went upstairs and into a room in the corner of the dwelling, and this is his last known location inside the dwelling.

Based on this probable cause, Affiant believes that the intended search location and person will contain evidence to support that the subject, Paul Clarence Bailey, was involved in the commission of the offense of Aggravated Assault with a deadly weapon. Probable cause exists that Paul Clarence Bailey committed the offense of Aggravated Assault with a deadly weapon as defined in Texas Penal Code Section 22.02(a)(2)(b) Affiant seeks this search warrant to properly enter the location(s) and search for all evidence in the dwelling, attachments, vehicles, and person, that might have been intended to be used in the commission of the offense in order to preserve the evidence for further investigation. Affiant believes that the facts contained herein are true and correct.

WHEREFORE, Affiant asks for issuance of a warrant that will authorize him to search said suspected place, premises, and person for said personal property and seize the same and to arrest each said described and accused person.

_Debra Stansel_
**AFFIANT**

SUBSCRIBED AND SWORN to before me said Affiant on this the ___ day of _Jun_, 20_09_.

**MAGISTRATE, COLLIN COUNTY, TEXAS**

QDE EXHIBIT

K1



## AFFIDAVIT FOR ARREST WARRANT

STATE OF TEXAS                                                                 COLLIN COUNTY

W2l9-06292009-2

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who after being duly sworn by, on oath stated:

My name is: _____ D. Stansell _____

I am a: _____ Detective _____

Base upon:
☐ 1. Personal knowledge
☐ 2. Personal investigation
☒ 3. Information related to the affiant by a person known by the affiant to be credible, and said information the affiant believes to be true.

The affiant believes that on or about June 28, 2009

the suspect, Paul Clarence Bailey (W/M 07/25/1953)

did then and there, intentionally and knowingly use a deadly weapon, namely a handgun, in an attempt to injure another person, by firing the handgun through a door that he knew someone was knocking and ringing the doorbell at.

(See attached Probable Cause facts)

On information and belief, the affiant believes the aboved named suspect has violated

Section 22.02(a)(2)(b)/ Aggravated Assault with Deadly Weapon/ 2nd Degree Felony

of the Texas Penal Code:

_____ Debra Stansell _____
Affiant

SWORN TO AND SUBSCRIBED before me on the ___29___ day of ___June___, 2009.

_____
NOTARY PUBLIC
OF AND FOR THE STATE OF TEXAS

### MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE

On this the ___29___ day of ___June___, 2009 I hereby acknowledge that I have examined the foregoing affidavit, and have determined that probable cause exists for the issuance of an arrest warrant for the individual accused therein.

_____
MAGISTRATE
IN AND FOR COLLIN COUNTY, TEXAS

QDE EXHIBIT
K2

Based on this probable cause, affiant seeks this search warrant to confirm the communication that took place between Paul Bailey and his son Ricky Bailey and that they did have contact via cell phone text messages and calls on June 28 and 29, 2009 from his cell phone. Affiant believes that the facts contained herein are true and correct.

WHEREFORE, Affiant asks for issuance of a warrant that will authorize him to search said items for said personal property and seize the same.

_Debra Stansell_
**AFFIANT**

SUBSCRIBED AND SWORN to before me said Affiant on this the ___30___ day of
___June___, 20 _09_

_____
MAGISTRATE, COLLIN COUNTY, TEXAS
2192

QDE EXHIBIT

K3

# CURT BAGGETT

**Expert Document Examiner**
908 Audelia Road, Suite 200-245, Richardson, TX 75081
Phone: 972.644.0285 - Fax: 972.644.5233
cbhandwriting@gmail.com
www.ExpertDocumentExaminer.com

Curt Baggett is a leading handwriting expert in the United States. He is also a skilled authority in document examination and as an expert witness and he has completed over 5.000 cases. Mr. Baggett has examined documents and/or testified in court cases as a handwriting expert in all 50 states, Washington, D.C., the Bahamas, Brazil, Canada, Chile, England, Ireland, Mexico, Pakistan, Puerto Rico, Thailand and New Zealand, Korea, China, Australia and Denmark.

The U.S. Department of Justice, the State of Arizona, State of Arkansas, the State of California, Louisiana Public Defender Board, and the State of Texas have retained him. Mr. Baggett has appeared as a handwriting expert on WOLF-BLITZER-CNN; CHARLES GIBSON-ABC, INSIDE EDITION, CBS Network Radio, CBS, CNBC, CNN, FOX, JUDGE ALEX, TEXAS JUSTICE and GOOD MORNING TEXAS and was a consultant as a forensic document examiner for a number one television show, "CSI: Crime Scene Investigation". Mr. Baggett is the co-author of "The Handwriting Certification Home Study Course" and "How To Spot a Forgery" and has been a guest on various other television and radio programs discussing handwriting and forensic document examination.

Mr. Baggett once held the position as Dean of the School of Forensic Document Examination at Handwriting University. In addition to lecturing and teaching document examination, Mr. Baggett has analyzed handwriting for over 40 years. He has been qualified as an expert witness in Justice of the Peace, Municipal, District, State, U.S. District, and Federal Bankruptcy Courts, Eastern Caribbean Supreme Court, High Court of Tynwald British Isles and the Provincial Courts of Canada.

His education and training in document examination and psychology include: U.S. Army, Military Police Officer's School; B.A. and M.Ed., McNeese State University, Lake Charles, Louisiana; and post-graduate studies at the University of Houston, Houston, Texas.

Curt Baggett's library is extensive and includes literature on questioned document examination, forensic handwriting analysis, behavior profiling, and statement analysis.

Laboratory equipment used for examination consists of a Stereo Star Zoom American Optical 7x – 30x twin microscope; Micronta illuminated 30x microscope; stereo microscope S/ST series; universal DigiScoping adapter; numerous magnifying devices; protractor and metric measuring devices; Pentax ME camera; Pentax macro 1.4, 50mm flat copy lens; overhead projector; light table, and transparencies.

**Curt Baggett's Education and Training in Handwriting and Document Examination Include:**

An in person two-year apprenticeship with Dr. Ray Walker as a handwriting expert and questioned document examiner. Dr. Walker's qualifications have been affirmed in the Court of Appeals, Fifth District of Texas at Dallas, and had historical rulings in his favor. A leading authority in the field of handwriting analysis and document examination, Dr. Walker is the author of The Questioned Document Examiner and the Justice System.

The American Bureau of Document Examiners certifies Mr. Baggett. He also has a certificate of completion from the American Institute of Applied Science.

1
Rev 10/31/15

**Lectures, Conferences, and Classes Attended:**

2004 School of Forensic Document Examination's Annual Conference, Dallas, Texas
Attended classes taught by Reed Hayes, QDE, Katherine Koppenhaver, QDE, Bill Koppenhaver, QDE

2004 School of Forensic Document Examination's Teleclass Curriculum
Examination of Anonymous Writing by Reed Hayes, QDE
Document Examination Terminology by Don Lehew, QDE
Notary Public by Don Lehew, QDE
Advanced Forgery Identification by Don Lehew, QDE
Instructor

2005 School of Forensic Document Examination's Annual Conference, Dallas, Texas
Attended the following lectures, in addition to general sessions:
Tremors and line Quality taught by Reed Hayes, QDE
Demonstrative Evidence taught by Katherine Koppenhaver, QDE, Bill Koppenhaver, QDE
Photography through microscopes by David Babb, QDE
Paper and Watermarks by John McGuire, QDE
Lecturer

2005 School of Forensic Document Examination's Teleclasses
Natural Variation taught by Reed Hayes, QDE
The Discrimination of Handwriting by Don Lehew, QDE
Procedures for Examining Signatures by Don Lehew, QDE
Courtroom Procedures and Roles by Don Lehew, QDE
Instructor

2006 School of Forensic Document Examination's Annual Conference, Dallas, Texas
Attended the following lectures, in addition to general sessions:
Deposition and Cross Examinations by Dr. Richard Frazier, QDE
Medical Problems Affecting handwriting by Dr. Richard Frazier, QDE
Legal Issues for Document Examiners by Dr. Richard Frazier, QDE
Deposition and Cross Examinations by Dr. Richard Frazier, QDE
Health Factors Affecting Handwriting by Dr. Joe Alexander, QDE
Prescription Forgery and Medical Crimes by Diane King
Lecturer

2007 Handwriting University Annual Conference, Dallas, Texas
Trainer and Instructor

2007 School of Forensic Document Examination's Teleclasses
Instructor - Handwriting Basics and Exemplars
Instructor - Multiple Classes on Case Studies and Examinations

2008 Handwriting University Annual Conference, Las Vegas, Nevada
Trainer and Instructor

2009 School of Forensic Document Examination's Live Teleclasses
Attended a variety of classes taught by Robert Baier, QDE, Police Instructor

2009 Handwriting University Annual Conference, Las Vegas, Nevada

2

Critical Incident Stress: Statement Analysis and Interview v. Interrogation by Faith Wood
Forensic Document Examination Application by Robert Baier, QDE, Police Instructor
Trainer and Instructor for Introduction to Forensic Document Examination

2010 Handwriting University Annual Conference, Las Vegas, Nevada
Advanced Statement Analysis by Faith Wood
Identity Theft and Prevention by Robert Baier, QDE, Police Instructor
Trainer and Instructor for Introduction to Forensic Document Examination

2010 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination", Clear Lake High School

2011 Lecturer and Instructor, "How to Spot a Forgery", Denver Elections Division, Denver, Colorado

2012 Lecturer and Instructor, "How to Spot a Forgery", Denver Elections Division, Denver, Colorado

2012 Speaker – "How to Avoid a Forgery", Military Order of Purple Hearts Annual Meeting, Dallas, Texas

2013 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination"; Appointment as Guest Lecturer and Consultant by Stefanie Page, Instructor, Forensic Science Department, Jesuit College Preparatory School of Dallas

2013 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination", Irma Lerma Rangel Young Women's Leadership School, Dallas, Texas

## Past and Present Memberships

American College of Forensic Examiners International
American Legion
Center of Forensic Profiling
Forensic Expert Witness Association
IMS Expert Services
Military Order of World Wars
National Questioned Document Association
Sheriff's Association of Texas
Texas Police Association
Veterans of Foreign Wars
World Federation of Handwriting Experts
National Association of Distinguished Professionals
SEAK-Expert Directory

## Published Articles and Books

Ethics for Experts
Handwriting Certification Course
How to Help Attorneys With Your Case
How to Spot a Forgery
Taking the Witness Stand

3

# CURT BAGGETT
## FORENSIC DOCUMENT EXAMINER
## SUMMARY OF CASES

I have been qualified or appointed and/or accepted by a State or by the Court as an Expert and/or have testified in trial or by deposition or made an appearance from 2009 – 2015 in the following cases and/or cities.

| | |
|---|---|
| October 14, 2015 | Harris County Civil Courts at Law #2, (Houston) Texas No. 947381 / Judge Theresa W. Chang Dixie Farm Texaco, Inc. V. Darinder Pal Singh, et al Carl A. Parker, Esq. |
| October 8, 2015 | County Court at Law in Kerr County, Texas Cause No. CCL 15-3 / Judge Susan Harris In the Matter of the Estate of Antonio Ayala, Jr. Samira Mery Lineberger, Esq. |
| September 21, 2015 | State of Texas V. Judge Alfred Isassi Case No. 15-CRF-0182 / Judge Robert Flores 105th District Court of Kleberg County Texas (Kingsville) Eric Flores Esq. Attorney of Record |
| September 14, 2015 | Circuit Court of Taney County, Missouri / Probate Division Page G. Schumacher Trust V. Regions Bank Estate No. 10AF-PR00229 Branson, Missouri Ron Davis Attorney of Record |
| September 10, 2015 | Court of Common Pleas in Franklin County, Ohio Criminal Division / State of Ohio V. Cassius Crome, Jr. Case No. 14 JU 11807 / Judge Preisse Byron Potts, Esq. / Columbus, Ohio |
| September 2, 2015 | 246th District Court of Harris County, (Houston) Texas Case No. 2014-01759 / Judge Charley E. Prine, Jr. Zuraima Newson V. Frank Newsom Edmond N. O'Suji, Esq. |
| August 17, 2015 | Appearance: Virginia In the Circuit Court of Orange CL 13000165 Judge Gaylord Fincus Robert Mayo, Plaintiff and Pro Se |
| August 12, 2015 | Herman Lee Gibbons Case Lee and Roman Gibbons Client Dallas County Probate Court #3 Judge Margaret Jones Esq. Bryan Bethune Attorney of record |
| July 30, 2015 | Betty Tillis Case Judge Michael D. Lynn |

Northern District of Texas
Fort Worth, Texas
Andrew Dunlap Attorney of Record

May 7, 2015

Judge Clay Poynor
James Reed Level VS Jesse Sayles Level
Attorney George R. Bienfang
County court of law No. 2 / Case No 14-04-258
Wise County Richport, Texas

May 15, 2015

Deutsche Bank National Trust Company, As Trustee For
American Home Mortgage Assets Trust 2006-6, Mortgage-Backed
Pass-Through Certificates Series 2006-6 vs. Diane Mandel, et al.
Judicial Officer James R. Thompson
Case No. 2011-CA-055212
Twentieth Circuit Court, Lee County, Florida

March 27, 2015

Dakota Land and Cattle Company and DesLacs Valley Land Corp.
V Jonathon Lochthowe
Judge Richard L. Hager
Case # 51-2013-CV00456
North Central Judicial District
Ward County Court House
315 SE 3rd St P O Box 5005
Minot, ND 58702

January 26, 2015

AET Enterprises Inc. vs. AET Enterprise, LLC
Case No. CJ-2013-144 and Julie Pitts d/b/a AET Enterprise, LLC
vs. The Coves et al., Case No. CJ-2013-145
Dale Marler and Mark Antinaro Attorneys of Record
501 West 1st Street Claremore, Oklahoma 74017

January 8, 2015

Elaine Lett Murphy
Cause # 231-558967-14
Judge Sullivan presiding
Laurie Robinson R.N. Attorney of Record
Arbitration Sisemore Law Firm
Prenuptial Agreement and Property Dispute

December 8, 2014

Farrell v. Farrell et All Cause # G -2010-992-T/I
Judge Dewayne Farrell
Jackson, Mississippi
Ross Barnett Attorney of Record

December 4, 2014

Mallard Point Golf Course Cause # 2013-449
Lonoke County Circuit Court
Lonoke Arkansas
Judge Sandy Huckabee
Jeff Moore Attorney of Record
Fraudulent Conveyance Suit

November 6, 2014

Kenneth Bryson V Kenneth Allison
207th District Court
Comal County Courthouse
New Braunfels, Texas
Judge Bruce Boyer
David Conrad Beyer Attorney of Record

October 23, 2014

Arapahoe County Elections
How To Spot A Forgery Lecture and Seminar
Corene Henage Interim Deputy of Elections
5334 Prince Street Littleton, Colorado 80120

October 10, 2014

Olympia Alvarado Vs Marla Alvarado Wolters et al.,
Cause No. 2013-CL-09746
150th Judicial District Court
Bexar County Texas
John Mead Attorney of Record 210-710-0981

October 3, 2014

Leonardo Hernandez Cause # 314-CV-02818-P
95th Judicial Court Dallas Texas
Judge Ken Molberg
Dallas County Court
600 Commerce Dallas, Texas
Sara Scott Attorney of Record

September 29, 2014

Elaine Lett Murphy
Laurie Robinson R.N. Attorney of Record
Cause # 231-558967-14
231st Judicial Court
Judge Jesus Navarez
Fort Worth, Texas

September 19, 2014

National Union Fire Insurance
Company of Pittsburgh, PA
Through its attorney of record Jeffrey R. Parsons
Dallas, Texas
Calvin Leavelle Deposition

September 18, 2014

Sate of Oklahoma County of Delaware
Jay, Oklahoma
Angela Girdner Deposition
Betty Cartwight Attorney of Record

September 17, 2014

Delaware County Court
Judge Berry Benney
13th Judical District Court
Cause # PB-06-84
327 5th Street Jay Oklahoma
John Watermelon /Edna Sultzer

# Curt Baggett – Expert Document Examiner

September 16, 2014

District Court of Gregg County
188th Judical Court
Judge Daniel Brabham
Hope McPherson v. Johnnie Gunn,Carolyn Gunn and John C.
Gunn Cause # 2011-2012A

August 13, 2014

NYI9879 Civil Court The City of New York
County of Richmond
Judge Teresa Cippoteal
Attorney of Record Gary Pillersdorf
Celina Pawlowska V.
New York City Transit Authority The Metropolitan Transportation
Authority and the City of New York

August 1, 2014

United States District Court for the District of Montana
Ahmed A. Al-Aissa V Sears, Roebuck and Co.
Law Office of Urgin, Alexander, Zadick and Higgins P.C.
Deposition

July 16, 2014

Surrogates Court of New York
Judge Diane A. Johnson
2 Johnson Street
Brooklyn, New York 11201
Cause # 2065/A-207
Respondent John James Rollins
In The Matter of the Proceeding of Raymond Rollins as
Administrator of the Estate of Pearl James

June 2, 2014

Surrogates Court of New York
Judge Diane A. Johnson
2 Johnson Street
Brooklyn, New York 11201
Cause # 2065/A-207
Respondent John James Rollins
In The Matter of the Proceeding of Raymond Rollins as
Administrator of the Estate of Pearl James

May 19, 2014

Cause No ESPR018476
Joanne Crew Probate
In The Iowa Probate Court in and for Cedar County
Judge Mike Lawson
Tipton, Iowa

May 15, 2014

Cause No DC-13-290
Israel Garcia V Zulema Gonzalez A.K.A Zulema Morin
In the District Court
229th Judical Distict
Duval County, Texas
Deposition

May 11, 2014

San Antonio, Texas
No 2728; Cause No. 2012-CI-19200 Court 57
Judge Phyllis Speedlin
In the Matter of the Marriage of Gobel
Attorney James E. Monnig

May 12, 2014

Cause DC-13-13137-D
Leonardo Hernandez Garcia V. General Packaging Corp.
Dallas County, Texas
95th Judical, District
Arnold, Arnold, & Itkin LLP Paul Skrabanek

April 22, 2014

In the County Court at Law
Harris County, Texas
Case No. 1035401
Angle Salon Corporation V. Dung Chau, Oanh Bui, Vi Phuong
Pham D/B/A Pro Salon Defendants
Attorney Allan Cease
Deposition

April 14, 2014

George Risner V. Harris County Republican Party
269 District Court
Harris County, Houston
Case 2014-02621
Judge Don Burgess
Appeals Court Judge from Beaumont, Texas

March 10, 2014

The 42nd Judicial District of the *Louisiana* District Court
Mansfield, Louisiana at the DeSoto Parish Annex Bldg.
Judge Robert Burgess presiding
Cause # 74275 In Succession Kattie Russell –vs.-Ben Russell
Attorney of Record: Christopher Sices

March 5, 2014

Court of Common Place
Harrison County, OH
Case No. CVH 20130022
Sharon Stitt vs. Jamie
Judge Lintons Lewis Jr.

February 13, 2014

Eastern Caribbean Supreme Court
Tortola British Virgin Islands
Robert J. Tarlecky case
Attorney of Record: Bob W. Lentz

January 30, 2014

In the Circuit Court of the First Judicial Circuit
Santa Rosa County, Florida
Case No. 2011 CA 000054
Deposition
Wells Fargo Bank, NA vs. Douglas Paul Perryman, Tricia Rene
Simon
Attorney    Farrar

January 22, 2014

In the Federal Court
New Orleans, LA
Hale Boggs Federal Building
Docket Number 2013-0190
United States Coast Guard vs. Nelson G. Hopper
Judge Bruce T. Smith
Attorney Bill Hidalgo (985) 249-5195

January 16, 2014

In the 138th District Court
Cameron County, Texas
Cause No. 2012-DCL-4772-B
Michelle Atkinson vs. Orlando Robles
Judge Arturu C. Nelson

January 10, 2014

In the 302nd District Court
Dallas County, Texas
Cause No. 1200649-V
In the interest of Elva Steele
Judge Tena Callahan

January 9, 2014

In the Branch 1 Court
Marathon County
Cause No. 2013-SC-669
Stanley Miller Estate vs. Diane Story, Wausau, Wisconsin
Judge Jill Falstad
Attorney Andrew Schmidt (715) 845-9621

December 16, 2013

Appeal Hearing
State of Georgia Employment Commission
Adam Carson vs. The State of Georgia
Hearing Officer: Jacqueline Kennedy Dvorak

November 5, 2013

In the 224th District Court
Bexar County, Texas
Cause No. 2013-CI-06053
Kader Solomon v. Wael M. Sulieman
Judge Larry Noll

October 31, 2013

In the 251st District Court
Randall County, Texas
Cause No. 63,887-C
Lawrence Schaeffer and Estelle Archer: Plaintiffs,
Counter-Defendants v. David Allison and Austin Equity Investor
Ltd., Defendants, Counter-Plaintiffs and Richard K. Archer:
Intervenor and Eileen Allison: Intervenor

October 4, 2013

In the 219th District Court
Collin County, Texas
Cause No. 219-02861-2013
Ex Parte V. Allison Moore

Judge Scott J. Becker

October 2, 2013
Sparta, Tennessee
Attorney Doug Fields

In the Chancery Court
White County, Tennessee
Cause No. 2012-CV-39
Robinson V. Robinson
Judge Ronald Thurman

August 27, 2013
Attorney Dantone, Frank

In the Chancery Court
Washington County, Mississippi
Cause No. 20120419
Judge Franklin S. Thackston

July 23, 2013
Attorney Walter L. Taylor

In the 20th Judicial District
Milam County, Texas
Shannon Farr v. Terry Nevitt Farr, et al.
Cause No. CV-35-208
Judge John W. Youngblood

July 19, 2013
Attorney Noaman Azhar

U. S. Department of Justice,
Executive Office for Immigration Review
Dallas County, Texas
In the Matter of Md. Rafiqul Islam Khan in Removal Proceedings
Case No. A-203-278-078
Judge Robert Wayne Kimball

July 8, 2013

Taverna v. Fonseca
Miami Dade County, Florida
Judge Rosa I. Rodriguez

June 17, 2013

In the County Court In and For Broward County Florida
Myriam Etienne v. Hope Health Career Institute
Case No. 11-11558
Judge Luis H. Schiff

June 7, 2013
Attorney William H. Davie II

In the Small Claims Division of the County Court
In and For Clay County, Florida
Tiffany Raye Gaskell v. Alexandra Bethany Crystal Day
Case No. 2012-SC-000157

May 13, 2013
Attorney Jim Erwin

Thirteenth Judicial Circuit Court
County of Pickens, South Carolina
James Earl Shivers v. Mary Eugena Shivers
Case No. 2008-DR-39-253
Judge Alvin Johnson

April 30, 2013
Attorney Andres Reyes

County Court at Law 1
Webb County, State of Texas
In the Estate of Rosa Maria Mares, Deceased
Case No. 2012PB5000008-L1
Judge Alvino Ben Morales

| | |
|---|---|
| April 22, 2013<br>Attorney Cyndi Nahas<br><br>*Court Appointed Expert* | Collin County, State of Texas<br>State of Texas v. Allison Faye Moore<br>File No. 416-81602-2012<br>Judge Chris Oldner |
| March 23, 2013<br>Attorneys Fred Koenke and<br>Scott Collier | 19th Judicial District Court<br>Parish of East Baton Rouge<br>State of Louisiana<br>State of Louisiana v. Dominique Smith<br>No. 08-08-0005<br>Judge Anthony J. Marabella |
| February 11, 2013<br>Attorney Robert C. Allen | Circuit Court for Escambia County<br>Probate Division, State of Florida<br>In Re: Estate of Erma Averhart<br>File No. 1972-CP-3767<br>Judge J. Scott Duncan |
| November 16, 2012<br>Attorney Albert Stopka | 14th Judicial Circuit<br>Bay County, Florida<br>In Re: Estate of David M. Pitts<br>File No.: 2009-000790-CP<br>Deposition |
| November 14, 2012<br>Attorney George Anibowei | U.S. Department of Justice<br>Executive Office for Immigration Review<br>Dallas County, Texas<br>In the Matter of Edith Obiageli Nwachukwu<br>File No: A 076 639 949<br>Immigration Judge Richard R. Ozman |
| October 23, 2012<br>Attorney Randal Dean | In the District Court, 48th Judicial District<br>Tarrant County, Texas<br>Glenn Goodman and Yonghui Goodman v. State Farm Lloyds<br>Cause No. 048-259077-12<br>Deposition |
| October 2, 2012<br>Attorney Kerry Douglas | In the Circuit Court of Douglas County, Missouri<br>Probate Division<br>In the Estate of Ruby Fern Price, Deceased. Billy Wilson<br>vs. Ruby Elizabeth Charlene Harris, et al.<br>Case No. 11DG-PR00028<br>Deposition |
| August 20, 2012<br>Attorney John Stifter | In the Superior Court of the State of California<br>For the County of San Bernardino<br>Estate of Joseph Kalous, Decedent<br>Case No. RPRRS00772<br>The Honorable Michael Welch |

July 10, 2012
Attorney C. Scott Taylor

Knox County Fourth Circuit Court
Knoxville, Tennessee
Fouzia Yousuf v. Mohammad Parvez Bhidya
Case No. 114770
Deposition

June 28, 2012
Attorney Randy W. Bowers

\* *Court Appointed Expert*

In the 213th District Court of Tarrant County, Texas
State of Texas v. Adrian Trotty
Cause No. 1283350R
Judge Louis Sturns

June 5, 2012
Attorney Lawrence R. Webster

Commonwealth of Kentucky
Pike Circuit Court, Division 1
Sandra Vest, Executrix of the Estate of Ethel Myers, et al. v.
    Angie Myers, Executrix of the Estate of Elizabeth Estep, et al.
Action No. 08-CI-01011
Judge Eddy Coleman

June 4, 2012
Attorney Collin R. Walke

District Court of Comanche County
State of Oklahoma
In the Mattter of the Estate of Wendell R. Wisdom, Deceased,
    Wendy Allen v. Michelle Deanise Wisdom Riley, et al.
Case No. PG-2008-213
Judge C. William Stratton

April 5, 2012
Attorney Faith Simmons Johnson

Criminal District Court Number 1
Tarrant County District Court
The State of Texas v. Darius Anthony Tobias
Cause No. 1178806
Judge Sharen Wilson

April 4, 2012
Attorney Robert G. Mahlin

United States District Court for the Northern District of Texas
    Dallas Division
Charles Torello v. Mortgage Electronic Registration Systems,
    Inc., et al.
Case No. 3:11-cv-00948-G
Deposition

April 3, 2012
Attorney David R. Price

American Arbitration Association, Little Rock Arkansas
Jerry Don O'Neal as Guardian of the Person and the Estate of
    Rosie Pearl Cox O'Neal v. Regions Bank
No. 71-434-00690 11
Arbitrator Michael Fuqua

February 9, 2012
Attorney John R. Teakell

United States District Court
    for the Northern District of Texas, Dallas Division
United States of America v. Scott David Eller (11)
Case No. 3:09-CR-00247-P-11
Judge Jorge A. Solis

February 8, 2012
Attorney Chris A. Montgomery

Superior Court of the State of Washington
  in and for the County of Stevens
In the Matter of the Estate of Virginia Kathryn Sandvig, et al.
Case No. 2011-4-00028-7
Judge Allen C. Nielson

January 18, 2012
Attorney Travis Crabtree

Harris County District Court, 189th Judicial District
Greater True Faith Missionary Baptist Church and Ben Roy
  Lillie, Sr. v. Pleasant Grove Missionary Baptist Church and
  Charles Jackson
Cause No. 2010-73418
Deposition

December 21, 2011
Attorney Scott Alan Orth

U. S. Bankruptcy Court
Southern District of Florida
In re: James Clinton; Gary Doela for Estate of James Clinton
  as Trustee, et al.
Case Number 06-15048-LMI Ch. 11
Judge Laurel M. Isicoff

December 20, 2011
Attorney Bryant Boydstun

Sixth Judicial Circuit Court
State of Florida
Joy Karp v. Martha Nater
Case No. 10-015542-CI-19
Judge Amy M. Williams

October 25, 2011
Attorney Greg Mahaffey

Grady County District Court
Chickasha, Oklahoma
Phoenix Investment Company, Inc. v. Stephen Carlile dba
  Carlile Buildings
Case No. CJ-2006-658
Judge John Herndon

July 20, 2011
Attorney Arthur Soong

New York State Supreme Court
Kings County
Mei Ting Lam v. How Yung Lam et al
Case No. 17149-2006
Judge Gloria M. Dabri

May 6, 2011
Attorney Calvin Grogan
Hunt County District Attorney

354th District Court
Hunt County District Court
The State of Texas v. Jerry Lee LaFon
Cause No. 25,830
Judge Richard A. Beacom

February 28, 2011
Attorneys Mackay & Moxey
Counsel & Attorneys Chambers

Commonwealth of The Bahamas
Supreme Court of Nassau
Between Laura Ballegeer & Ron Auren and
USB (Bahamas) Limited
Case No.: 2005/CLE/gen/No. 913
Judge: The Honorable Sir Michael Barnett

February 25, 2011
Attorney John A. Mead
Attorney Mark A. Eisenhauer

San Antonio, Texas
Probate Court 1
In re: Estate of Roger W. Wooldridge
Bexar County Probate No. 2007-PC-2439
Judge Polly Jackson-Spencer

February 7, 2011
Attorney Peter D. Maynard
Counsel & Attorneys Chambers

Commonwealth of The Bahamas
Supreme Court of Nassau
In the Matter of the Quieting Titles Act, 1959 and In the Matter of the Petition of Everette Miller, et al.
Case No.: 2003/FP/Qui/11
Justice Claire Hepburn

January 12, 2011
Attorney Jocelyn Davis Singletary
Singletary Law Firm

Charlotte, North Carolina
United States Department of Justice
In the Matter of: Viho, Yvon Paterne Zinsou
          in removal proceedings
File No: A#078 743 108
Judge Barry Pettinato

January 3, 2011
Attorney Kevin D. Thompson

32nd Judicial District
Parish of Terrebonne, State of Louisiana
Succession of John M. Bogen, Sr.
Probate Number: 0020192
Judge Timothy C. Ellender

December 10, 2010
Attorney Mary Beth Mantiply

Mobile County, Alabama
Probate Division
In Re: Estate of Joseph T. Brunson
Case No. 20100573
Judge Don Davis

November 16, 2010
Attorney Brian Hess

Circuit Court for Bay County Florida
Probate Division
In Re: Estate of Joan Smith
Case No. 09-1110-CP
Deposition

October 15, 2010
Attorney Andrew C. Kopp
Grimes, Fay & Kopp

Circuit Court of Boone County, Missouri
Probate Division
In the Matter of the Estate of Elmer Roy Johannsen
Estate No. 05B7-PR00155
Deposition

September 29, 2010
Attorney Scott DeLaGarza
DLG Luce, LLP

368th Judicial District
Williamson County, Texas
Perseus Technologies, Inc. v. Michael Stiles, et al.
Case No. 09-1043-C368
Deposition

# Curt Baggett – Expert Document Examiner

August 19, 2010
Attorney John M. O'Connell, Jr.
O'Connell & Silvis, LLP

39th Judicial District
Fulton County, Pennsylvania
Re: Estate of Dorothy S. Brantner
Case No. 29-2003-41
Judge Carol L. Van Horn

August 3, 2010
Attorney Mark Medley
Mark L. Medley, PC

131st Judicial District
Bexar County, Texas
In the Matter of the Marriage of Hollie Lynn Conner
and Aubrey Russell Conner
Case No. 2010-CI-11091
Judge Barbara Nellermoe

July 30, 2010
Attoney John R. DeVoss
Smith & DeVoss

153rd Judicial District
Tarrant County, Texas
First Financial Bank NA v. Gary Martin and Michael Sabo
Cause No. 153-236542-09
Deposition

July 22, 2010

9th Judicial Circuit Court
Orange County, Florida
W.G. Property INC. v. Janack Beeram
Case No. 48-2008-CA-019205
Judge Thomas B. Smith

June 23, 2010
Attorney Bryant Klos

Circuit Court, Branch 1
Green County, Wisconsin
Warner Kent Bahler v. David Bahler et. al.
Case No. 08-CV-188
Deposition

June 21, 2010
Attorney James Giries

219th Judicial District Court
Collin County, Texas
Case No. 219-54026-2009
In the Interest of Tamaria Nicole Williams and Tajh Keir Glover
Judge Curt Henderson

January 7, 2010
Attorney John Kinnard

16th Chancery District Court
Jackson County, Mississippi
Case No. 2007-2821-CB
Judge Charles Bordis IV

November 30, 2009
Attorney Connie Cooper

Russell County Circuit Court
Phoenix City, Alabama
Estate of Ambros Adams
Case No. CV2009-139.00
Judge George R. Greene

November 3, 2009

Cabot District Court
Lonoke County, Cabot, Arkansas
Case No.

Judge Joe O'Brian

September, 2009

Washington County Circuit Court
Fayetteville, Arkansas
State of Arkansas v. Terry Edward Hayes
Case No. 200-900191
Judge William Storey

May 28, 2009

282nd Judicial District Court
Dallas County, Texas
State of Texas v. Sharlendria Soloman
Case No. F08-29511-S & F08-29512-S
Judge Andy Chatham

\* Court Appointed Expert

April 28, 2009
Attorney Patricia Champagne

Chancery Court, 1st Judicial District
Harrison County, Gulfport, Mississippi
Estate of Larry Joseph Bell
Case No. 06-00367
Judge Sandy Steckler

April 2, 2009
Attys: Richard Leach
and Gloria Minnick
Leach & Minnick, P.C.

281st Judicial District Court
Harris County, Houston, Texas
Case No. 2009-09824
Manfred H. Goodman v. A'Peeling Management, Inc., and Third
Coast Produce Company, Ltd.
Judge Silvia Matthews

November 20, 2009
Attorney Stephen Beam

Beckham County Probate Court
Beckham County, Sayre, Oklahoma
Estate Challenge
Case No. PB-09-68
Judge Doug Haught

November 9, 2009
Attorney A. Y. Collins

48th Judicial District,
Tarrant County
Deborah Willis v. Florida Ward
Cause No. 048-223850-07
Judge David Evans